**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-	Case No.: 2:10-cr-136-FtM-29SPC

ROBERT STELLA
_____

**ORDER**

This matter comes before the Court on the Defendant Robert Stella's Waiver of Appearance at Arraignment and Plea of Not Guilty and Defense Counsel's Request to Be Excused from Appearing on Behalf of the Defendant at Arraignment (Doc. #19) filed on March 22, 2011. Defense Counsel moves the Court for permission to waive personal appearance at the arraignment. Counsel indicates the Defendant has received a copy of the Indictment, and affirms that he is aware of his right to appear personally in open court, have the charges read to him and to plead not guilty. Defendant has signed a waiver of appearance indicating his waiver is knowing and voluntary. The Court, having considered the motion, finds good cause and will grant permission to waive personal appearance as outlined below.

Accordingly, it is now

**ORDERED:**

The Defendant Robert Stella's Waiver of Appearance at Arraignment and Plea of Not Guilty and Defense Counsel's Request to Be Excused from Appearing on Behalf of the Defendant at Arraignment (Doc. #19) is **GRANTED**. The Clerk is directed to enter a plea of Not Guilty to the

charges contained within the Indictment.   The Court will issue a Scheduling Order under separate cover.

**DONE AND ORDERED** at Fort Myers, Florida, this   23rd   day of March, 2011.

>                                    *Sheri Polster Chappell*
>                                    SHERI POLSTER CHAPPELL
>                                    UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record